**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DOMS MARKET LLC<br><br>                Debtor. | Chapter 7<br><br>Case No. 24-11010 (TMH)<br><br>**Related Docket No. 9** |
| In re:<br><br>DOMS MARKET HOLDCO INC.<br><br>                Debtor. | Chapter 7<br><br>Case No. 24-11011 (TMH)<br><br>**Related Docket No. 9** |
| In re:<br><br>FOXTROT HOLDINGS TEXAS, INCORPORATED<br><br>                Debtor. | Chapter 7<br><br>Case No. 24-11012 (TMH)<br><br>**Related Docket No. 9** |
| In re:<br><br>FOXTROT INTERMEDIATE TEXAS, INCORPORATED<br><br>                Debtor. | Chapter 7<br><br>Case No. 24-11013 (TMH)<br><br>**Related Docket No. 9** |
| In re:<br><br>FOXTROT RETAIL INCORPORATED<br><br>                Debtor. | Chapter 7<br><br>Case No. 24-11014 (TMH)<br><br>**Related Docket No. 10** |
| In re:<br><br>FOXTROT RETAIL DC, LLC<br><br>                Debtor. | Chapter 7<br><br>Case No. 24-11015 (TMH)<br><br>**Related Docket No. 11** |

| | |
|---|---|
| In re: <br><br> FOXTROT RETAIL FLORIDA, LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11016 (TMH) <br><br> **Related Docket No. 9** |
| In re: <br><br> FOXTROT RETAIL TEXAS, INCORPORATED <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11017 (TMH) <br><br> **Related Docket No. 7** |
| In re: <br><br> FOXTROT VENTURES, INCORPORATED <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11018 (TMH) <br><br> **Related Docket No. 14** |
| In re: <br><br> OUTFOX HOSPITALITY LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11008 (TMH) <br><br> **Related Docket No. 9** |
| In re : <br><br> OUTFOX HOSPITALITY MIDCO LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11009 (TMH) <br><br> **Related Docket No. 9** |

## **ORDER APPROVING STIPULATION**

Upon consideration of the Stipulation,[1] a copy of which is attached hereto as **Exhibit 1**, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Stipulation and all of the terms set forth therein are APPROVED and shall have full force and effect of an Order entered by the Court with respect thereto.

---

[1] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Stipulation.

3

2. This Order may be docketed solely in the case of Debtor Dom's Market Holdco Inc., Case No. 24-11011 (TMH), or pursuant to any Order granting joint administration of these Chapter 7 cases as may have been entered by the Court.

3. This Court retains jurisdiction to interpret, implement and enforce the provisions of the Order and the Stipulation.

Dated: May 20, 2024
Wilmington, Delaware

_____
Thomas M. Horan
United States Bankruptcy Judge