# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Outfox Hospitality LLC, | ) | Case No. 24-11008 (TMH) |
| | ) | |
| Outfox Hospitality Midco LLC, | ) | Case No. 24-11009 (TMH) |
| | ) | |
| Doms Market LLC, | ) | Case No. 24-11010 (TMH) |
| | ) | |
| Doms Market Holdco Inc., | ) | Case No. 24-11011 (TMH) |
| | ) | |
| Foxtrot Intermediate Texas, Incorporated, | ) | Case No. 24-11012 (TMH) |
| | ) | |
| Foxtrot Holdings Texas, Incorporated, | ) | Case No. 24-11013 (TMH) |
| | ) | |
| Foxtrot Retail Incorporated, | ) | Case No. 24-11014 (TMH) |
| | ) | |
| Foxtrot Retail DC, LLC, | ) | Case No. 24-11015 (TMH) |
| | ) | |
| Foxtrot Retail Florida, LLC, | ) | Case No. 24-11016 (TMH) |
| | ) | |
| Foxtrot Retail Texas, Incorporated, | ) | Case No. 24-11017 (TMH) |
| | ) | |
| Foxtrot Ventures, Incorporated, | ) | Case No. 24-11018 (TMH) |
| | ) | |
| Debtors. | ) | |

**DECLARATION IN SUPPORT OF
MOTION OF THE CHAPTER 7 INTERIM TRUSTEE FOR
ENTRY OF AN ORDER AUTHORIZING JOINT ADMINISTRATION
<u>PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1</u>**

JEOFFREY L. BURTCH, Esquire declares as follows:

1. I am the Interim Trustee appointed in each of the above captioned Chapter 7 cases. This declaration is submitted pursuant to Local Rule 1015-1, and in support of the Motion of the Chapter 7 Trustee for Entry of an Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1.

2. According to information provided in the Debtors' respective Chapter 7 voluntary petitions, as well as information provided by Debtors' counsel, each of the above-captioned Debtors are affiliates within the meaning of Section 101(2) of the Bankruptcy Code.

3. Joint administration will ease the administrative burden for the Court and the parties. I am informed that joint administration will permit the Clerk of this Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates, which will result in substantial savings to the estates. Many of the motions, hearings, and orders in these chapter 7 cases will affect each Debtor entity. Joint administration of these chapter 7 cases will reduce parties' fees and costs by avoiding duplicative filings and objections and make the most efficient use of the Court's resources. Joint administration also will protect parties in interest by ensuring that such parties in interest in each of the Debtors' respective chapter 7 cases will be apprised of the various matters before the Court in all of these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of May, 2024.

                                                               */s/ Jeoffrey L. Burtch*
                                                               Jeoffrey L. Burtch, Trustee