**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Outfox Hospitality LLC, | ) | Case No. 24-11008 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Outfox Hospitality Midco LLC, | ) | Case No. 24-11009 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Doms Market LLC, | ) | Case No. 24-11010 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Doms Market Holdco Inc., | ) | Case No. 24-11011 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Foxtrot Intermediate Texas, Incorporated, | ) | Case No. 24-11012 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Foxtrot Holdings Texas, Incorporated, | ) | Case No. 24-11013 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Foxtrot Retail Incorporated, | ) | Case No. 24-11014 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Foxtrot Retail DC, LLC, | ) | Case No. 24-11015 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Foxtrot Retail Florida, LLC, | ) | Case No. 24-11016 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Foxtrot Retail Texas, Incorporated, | ) | Case No. 24-11017 (TMH) |
| | ) | |
| | ) | **Related Docket No.** |
| Foxtrot Ventures, Incorporated, | ) | Case No. 24-11018 (TMH) |
| | ) | |
| Debtors. | ) | **Related Docket No.** |

**ORDER GRANTING MOTION OF THE CHAPTER 7 INTERIM TRUSTEE
FOR ENTRY OF AN ORDER AUTHORIZING JOINT ADMINISTRATION
PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1**

1. Jeoffrey L. Burtch, Chapter 7 Interim Trustee for the above-captioned cases, has filed a Motion of the Chapter 7 Trustee for Entry of an Order Authorizing Joint Administration

Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 (the "Motion").

2. The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

5. The relief requested in the Joint Administration Motion is necessary and in the best interests of the Estates and their respective creditors.

6. The Motion is GRANTED. These cases are consolidated for procedural purposes only and shall be jointly administered by this Court and by the Office of the United States Trustee in accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1.

7. The caption for these jointly administered cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Outfox Hospitality LLC, *et al.*[1], | ) | Case No. 24-11008 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

and no party shall be required to list any information beyond that set forth above in any caption to pleadings filed in these cases.

8. All original docket entries shall be made in the case of Outfox Hospitality LLC, *et al.*, Case No. 24-11008 (TMH). The Clerk of this Court is directed forthwith to make separate

---

[1] The Debtors in these chapter 7 cases, along with each Debtor's bankruptcy case number, are Outfox Hospitality LLC, Bk. No. 24-11008 (TMH); Outfox Hospitality Midco LLC, Bk. No. 24-11009 (TMH); Doms Market LLC, Bk. No. 24-11010 (TMH); Doms Market Holdco Inc., Bk. No. 24-11011 (TMH); Foxtrot Intermediate Texas, Incorporated, Bk. No. 24-11012 (TMH); Foxtrot Holdings Texas, Incorporated, Bk. No. 24-11013 (TMH); Foxtrot Retail Incorporated, Bk. No. 24-11014 (TMH); Foxtrot Retail DC, LLC, Bk. No. 24-11015 (TMH); Foxtrot Retail Florida, LLC, Bk. No. 24-11016 (TMH); Foxtrot Retail Texas, Incorporated, Bk. No. 24-11017 (TMH); Foxtrot Ventures, Incorporated, Bk. No. 24-11018 (TMH).

docket entries with respect to each of the following cases; Outfox Hospitality Midco LLC, Bk. No. 24-11009 (TMH); Doms Market LLC, Bk. No. 24-11010 (TMH); Doms Market Holdco Inc., Bk. No. 24-11011 (TMH); Foxtrot Intermediate Texas, Incorporated, Bk. No. 24-11012 (TMH); Foxtrot Holdings Texas, Incorporated, Bk. No. 24-11013 (TMH); Foxtrot Retail Incorporated, Bk. No. 24-11014 (TMH); Foxtrot Retail DC, LLC, Bk. No. 24-11015 (TMH); Foxtrot Retail Florida, LLC, Bk. No. 24-11016 (TMH); Foxtrot Retail Texas, Incorporated, Bk. No. 24-11017 (TMH); Foxtrot Ventures, Incorporated, Bk. No. 24-11018 (TMH) substantially in the form as follows:

> An order has been entered in these cases directing the joint administration for procedural purposes only of the Chapter 7 cases of Outfox Hospitality LLC, Outfox Hospitality Midco LLC, Doms Market LLC, Doms Market Holdco Inc., Foxtrot Intermediate Texas, Incorporated, Foxtrot Holdings Texas, Incorporated, Foxtrot Retail Incorporated, Foxtrot Retail DC, LLC, Foxtrot Retail Florida, LLC, Foxtrot Retail Texas, Incorporated, Foxtrot Ventures, Incorporated. The main case docket of Outfox Hospitality LLC, Bk. No. 24-11008 (TMH) should be consulted for all matters affecting these cases.

9. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these cases.

10. The Order is effectively immediately upon its entry and the Clerk of the Court is hereby directed to enter this Order on the docket in each case.

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.